UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 20-CR-000194-002 (DSD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S** |
| | ) | **MOTION FOR EXTENSION** |
| Sara Rae Lahr, | ) | **OF TIME TO FILE POSITION** |
| | ) | **REGARDING PRESENTENCE** |
| Defendant. | ) | **INVESTIGATION REPORT** |

Defendant, Sara Rae Lahr, by and through her attorney, Patrick G. Leach, Esq., hereby moves to extend the date by which Defendant's Objections regarding Presentence Investigation Report is due. In support of this motion, Defendant states that the undersigned counsel needs additional time to meet with the Defendant. Due to the COVID-19 pandemic, counsel for Defendant has been unable to meet with Defendant in order to review the Presentence Investigation Report.

Defendant requests a continuance date to September 10, 2021 to file Objections to the Presentence Investigation report in this matter. Counsel for Defendant has spoken with Joseph Teirab, Assistant United States Attorney, and there is no objection to the requested extension.

Dated:   May 26, 2021

Patrick G. Leach
Bar Number: 286825
Attorney for Defendant
Leach Law Office
6465 Wayzata Boulevard
Suite 115
St. Louis Park, MN   55426
Phone:  (763) 220-6164
Fax:  (763) 392-3454
pgl@leachlawoffice.com

221878.WPD